UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
THIRD DIVISION

Adam Ufere d/b/a
KEDA Export Company,
Plaintiff,

vs.

Archer Daniels Midland Co.,

Defendant.

Civil No. 00-1108 ADM/AJB

**STIPULATION AND ORDER AMENDING DISCOVERY PLAN**

The parties by and through their counsel stipulate that there is good cause to amend the Discovery Plan in this action in the following particulars and join in requesting the court to order such amendment.

1. Amend Paragraph 1 of the Discovery Plan to extend the deadline to complete discovery, other than depositions of expert witnesses, to June 30, 2001.

2. Amend Paragraph 3 of the Discovery Plan to extend the deadline for Plaintiff's expert witness disclosures to July 1, 2001, and Defendant's expert witness disclosures to August 1, 2001.

3. Amend Paragraph 2 of Non-Dispositive Motions to extend the deadline to bring nondispositive motions, including those which relate to discovery, to the discovery deadline date of June 30, 2001.

The foregoing is hereby stipulated.

Dated: 1/25/01 Dated: 1-25-01

FILED JAN 31 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______

**FAEGRE & BENSON LLP**

By ______________________
John D. French (#31914)
Charles F. Webber (#215247)
Deborah A. Ellingboe (#26216X)
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
Telephone: (612) 336-3000

Attorneys for Defendant Archer Daniels Midland Corp.

**LOMMEN, NELSON, COLE & STAGEBERG, P.A.**

By ______________________
Phillip A. Cole (#17802)
Douglas J. Nill (#194876)
1800 IDS Center
80 South 8th Street
Minneapolis, MN 55402
Telephone: (612) 339-8131

-- and--

**LAW OFFICES OF KEVIN O'C. GREEN, P.A.**
Kevin O'C. Green (#37321)
126 East Pleasant Street
P.O. Box 996
Mankato, MN 56001
Telephone: (507) 345-1424

Attorneys for Plaintiff Adam Ufere, d/b/a KEDA Export Company

**ORDER**

The Court finds that amendment to the Discovery Plan stipulated above will not interfere with the efficient administration of the Court's schedule and, accordingly, ORDERS that the Discovery Plan is hereby amended in those particulars set forth in the foregoing Stipulation.

Dated: 1/31/01

______________________
Arthur J. Boylan
United States Magistrate Judge