**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Adam Ufere,

Plaintiff,

vs.

Archer-Daniels-Midland Corp.,

Defendant.

Civil No. 00-1108 ADM/AJB

**ORDER**

Defendant Archer-Daniels-Midland Corp. moves for sanctions or, in the alternative, to compel discovery, under Rule 37 of the Federal Rules of Civil Procedure. The Court considered the motion on October 16. Based on the files, records, and proceedings herein, and for the reasons discussed with the parties, the Court finds that plaintiff shall be sanctioned in the amount of $1,000, if the plaintiff does not tender written discovery responses by October 22, 2001, or if the plaintiff fails to appear for his deposition on October 26, 2001.

Accordingly, IT IS ORDERED that:

1. Defendant's motion for sanctions or to compel is granted.

2. Plaintiff shall tender written discovery responses to defendant by October 22, 2001, and shall appear for a deposition on October 26, 2001.

3. If plaintiff fails to satisfy the discovery obligations set forth herein, plaintiff shall be sanctioned in the amount of $1,000.

Dated: 10/17/01

ARTHUR J. BOYLAN
United States Magistrate Judge

FILED OCT 19 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD______
DEPUTY CLERK ______