UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| Adam Ufere d/b/a KEDA Export Co., Plaintiff, vs. Archer Daniels Midland Co., Defendant. | ) ) ) ) ) ) ) ) ) ) | Civil 00-1108 ADM/AJB **STIPULATION OF SETTLEMENT AND DISMISSAL** |

The undersigned hereby advise the Court that plaintiff's claims against Archer Daniels Midland Co. ("ADM") in the above action have been fully compromised and settled. Therefore,

IT IS HEREBY STIPULATED BY AND BETWEEN plaintiff and ADM that this entire lawsuit may be, and hereby is, dismissed with prejudice, and without costs or disbursements to any party.

Dated: 11/13/01

**LAW OFFICES OF KEVIN O'C. GREEN, P.A.**

Kevin O'C. Green (#37321)
120 East Pleasant Street
Mankato, MN 56001
(507) 345-1424

**ATTORNEY FOR PLAINTIFF**

FILED 1-24-02
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD 1-24-02
DEPUTY CLERK ________

Dated: 11/12/01

**FAEGRE & BENSON LLP**

Deborah A. Ellingboe

John D. French (#31914)
Charles F. Webber (#215247)
Deborah A. Ellingboe (#26216X)
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
Telephone: (612) 766-7000

**ATTORNEYS FOR DEFENDANT**

**JUDGMENT**

Pursuant to the foregoing Stipulation and Order,

IT IS HEREBY ORDERED AND ADJUDGED that the above-entitled action be, and the same hereby is, dismissed with prejudice without costs or disbursements to any party.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: 1/24/02

Ann Montgomery

ANN D. MONTGOMERY
United States District Judge

M2:20421374.01